**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Leodegario NAVARRO–MENDEZ,
Defendant–Appellant.**

**No. 10–50964
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 28, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Jacques Lawrence De La Mota, De La Mota & Company, Ltd., Del Rio, TX, for Defendant–Appellant.

Before JOLLY, GARZA and STEWART, Circuit Judges.

PER CURIAM: *

Leodegario Navarro–Mendez (Navarro) pleaded guilty to illegal reentry into the United States after deportation and was sentenced above the sentencing guidelines range to 12 months of imprisonment and one year of supervised release. He argues on appeal that his sentence is unreasonable because the district court did not adequately explain its reasons for sentencing him above the guidelines range.

Navarro has completed his sentence, has been released from custody, and has been removed to Mexico. The appeal of his sentence is therefore moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 383 (5th Cir.2007). Accordingly, the appeal is DISMISSED.

---

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ R. 47.5.4.